IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



MARY E. WILLIAMS,

   Plaintiff,

v.              CIVIL ACTION NO. 2:05-CV-357 KS-JMR

CITIGROUP, et al.,

   Defendants.

## ORDER

Having considered the parties' Joint Stipulation of Dismissal dismissing Plaintiff, Mary E. Williams, from this case with prejudice, the Court hereby finds that the Joint Stipulation of Dismissal is granted.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff, Mary E. Williams, is hereby dismissed from this case with prejudice, costs taxed as paid.

UNITED STATES DISTRICT COURT JUDGE